IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANA LEAH PUCKETT HUTTON, as Executrix of the Estate of Robert James Hutton, Jr., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFT-ALL, INC., et al., )<br>)<br>Defendants. ) | 1:14CV888 |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on June 6, 2017, was served on the parties in this action. (ECF Nos. 193, 194.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Amended Complaint (ECF No. 162) is DENIED, and that Plaintiff's Motion for Leave to Amend Amended Complaint (ECF No. 161) is TERMINATED AS MOOT.

This, the 27th day of June, 2017.

                                              /s/ Loretta C. Biggs
                                     United States District Judge